UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 4:11CR61(JCH) |
| CHRISTIAN THOMPSON, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that this case is set for trial on **May 9, 2011**, in the courtroom of the undersigned at 9 a.m.

Dated this 1st day of April, 2011

                                                        \s\ Jean C. Hamilton
                                        UNITED STATES DISTRICT JUDGE